**SO ORDERED.**

**SIGNED this 23rd day of July, 2014.**



*Dale L. Somers*
Dale L. Somers
United States Bankruptcy Judge

_____

Designated for on-line use but not print publication
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:

STUART AULD,

                        DEBTOR.

CASE NO. 14-20424
CHAPTER 11

**MEMORANDUM OPINION AND ORDER**
**DENYING DEBTOR'S MOTION TO STRIKE OR DISREGARD AS UNTIMELY FILED**
**MOVANTS' MEMORANDUM(S) BRIEF**

On June 6, 2014, after the May 29, 2014, trial of the Movants' motion for relief from stay and to dismiss, Debtor filed his Motion to Strike or Disregard As Untimely Filed Movants' Memorandum(s)/Brief in Support of Motion for Order Granting Relief from the Automatic Stay and/or Motion to Dismiss (Motion to Strike) (doc. 86). The Motion to Strike is primarily a re-argument of the Debtor's objection to the merits of the Movants' motion for relief from stay and to dismiss. These matters were fully addressed

in the Court's Memorandum filed on June 11, 2014,[1] in which the Court rejected Debtor's arguments. They have also been submitted and rejected as a basis for reconsideration. The Court's analysis will not be repeated here.

The Court rejects Debtor's position the Movants' briefs[2] should be stricken as untimely. In the circumstances of this case, the Court granted the parties leave to file briefs up to May 29, 2014, the date of trial. The Auld, Sr. Trust[3] and Debtor[4] both filed briefs on May 28, 2014. After trial when ruling on the merits of the Movants' motion, the Court considered both the Trust's and the Debtor's briefs filed on May 28, 2014. These briefs filed before trial will not be stricken.

**IT IS SO ORDERED.**

###

---

[1] Doc. 90.

[2] Docs. 81 and 62.

[3] Doc. 81.

[4] Doc. 78.