**SO ORDERED.**

**SIGNED this 23rd day of July, 2014.**



Dale L. Somers
United States Bankruptcy Judge

_____

Designated for on-line use but not print publication
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:

STUART AULD,

DEBTOR.

CASE NO. 14-20424
CHAPTER 11

**MEMORANDUM OPINION AND ORDER**
**DENYING DEBTOR'S MOTION FOR EXTENSION OF TIME TO PAY FILING FEE &**
**MOTION FOR EXTENSION OF TIME TO FILE APPEAL**

On July 8, 2014, Debtor filed his Motion for Extension of Time to Pay Filing Fee & Motion for Extension of Time to File Appeal (Motion) (doc. 107). Argument on the Motion was heard on July 18, 2014. For the reasons stated below, the Court denies both forms of relief requested.

**A. The Motion for Extension of Time to Pay filing Fee is Denied.**

The payment of filing fees in installments is addressed by Bankruptcy Rule 1006(b). It provides in part:

> (b) Payment of Filing Fee in Installments.
> (1) Application to Pay Filing Fee in Installments. A voluntary petition by an individual shall be accepted for filing if accompanied by the debtor's signed application, prepared as presented by the appropriate Official Form, stating that the debtor is unable to pay the filing fee except in installments.
> (2) Action on Application. Prior to the meeting of creditors, the court may order the filing fee to be paid to the clerk or grant leave to pay in installments and fix the number, amount and dates of payment. The number of installments shall not exceed four, and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time for any installment, provided the last installment is paid not later than 180 days after the date of filing.

Debtor filed his voluntary petition for relief under chapter 11 on March 6, 2014. It was accompanied by an application to pay the fee in installments signed by the Debtor and a $100 payment, but the dates of the proposed installment payments were not provided. The Court granted the application, stating that the Debtor may pay the fee in no more than four installments, with payment in full within 120 days of the date of filing the petition for relief.[1]

Debtor filed his motion for further extension of time to pay the filing fee on July 8, 2014. The reason stated as cause for the relief requested is the need to "pay for the filing of an adversary proceeding with demand for a jury trial in front of an Article III judge plus an appeal," since the "Movants continue to refuse to acknowledge the actual true facts."[2] No information as to Debtor's financial circumstances is offered in support. The

---

[1] Doc. 8.

[2] *Id.*, 2.

Court notes that the two monthly operating reports filed by Debtor show a monthly profit of $2,363.123 for March and $2,599.00 for April, 2014. The report for March states $4,831.82 in cash was currently available, yet Debtor has paid only $200 of the filing fee. At the hearing Debtor acknowledged that since the filing of this case he has engaged in "recreational gambling," an unapproved use of Debtor's cash. That money should have been used to pay the filing fee. Debtor has failed to establish cause for the extension past 120 days for the payment of the filing fee. The motion to extend the period for payment of the fee to 180 days from the date of filing is denied. Debtor's time to pay the filing fee in full is extended to August 11, 2014.

### B. There is no Need for Extension of Time to File a Notice of Appeal.

Debtor also moves for extension of time to file a notice of appeal from the Court's judgment granting relief from stay. The judgment was entered on June 11, 2014, and a modified judgment was entered on June 16, 2014. Bankruptcy Rule 8002 provides that a notice of appeal shall be filed within 14 days of the date of entry of the judgment appealed from, except if a party makes a motion for relief from the judgment under Rule 9014 no later than 14 days after the entry of judgment, the time for appeal by all parties runs from the entry of an order disposing of that motion.

Here Debtor filed a motion for reconsideration under Rule 9024 on June 23, 2014, within 14 days of the entry of judgment on June 11, 2014. Hence, the time to file a notice of appeal does not commence until the entry of an order disposing of Debtor's motion for

3

Case 14-20424  Doc# 124  Filed 07/23/14  Page 3 of 4

reconsideration. There is no need for an order extending the time to file a notice of appeal.

**C. Conclusion.**

For the foregoing reasons, Debtor's motion for additional time to pay his filing fee is denied, Debtor shall pay the filing fee in full by August 11, 2014, and Debtor's motion for extension of time to file notice of appeal is denied as unnecessary.

**IT IS SO ORDERED.**

###